# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8686
Fax: 919-861-5555

**DATE:** November 16, 2017

**FROM:** Timothy L. Gupton
U.S. Probation Officer

**SUBJECT:** COLEY, Ricky
Case No.: 5:00-CR-204-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On August 2, 2001, pursuant to a guilty plea to Conspiracy to Possess With the Intent to Distribute and Distribute Cocaine Base and Felon in Possession of a Firearm, Ricky Coley appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 262 months imprisonment, to be followed by 5 years supervised release. On July 28, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 210 months. The defendant was released from custody on February 1, 2016, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervision is set to expire on January 31, 2021.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted, and Assistant U.S. Attorney Jane Jackson has no objection to the request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        11-17-17
Terrence W. Boyle                       Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                        Crim. No. 5:00-CR-204-1BO

**RICKY COLEY**

On February 1, 2016, the above named was released from prison, and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton  
Timothy L. Gupton  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: November 16, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __17__ day of __November__, 2017.

Terrence W. Boyle  
U.S. District Judge